**Order filed November 10, 2022.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-22-00831-CV

—————————

**THIRD COAST SERVICES, LLC AND SPAWGLASS CIVIL CONSTRUCTION, INC., Appellants**

**V.**

**FELICITAS CASTANEDA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PEDRO CASTANEDA, DECEASED; IRVING CASTANEDA; EVELYN CASTANEDA; AND LIZZIE CASTANEDA, Appellees**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2019-81524**

### MEMORANDUM MAJORITY OPINION ON ORDER

This is an interlocutory appeal of the denial of appellants' summary judgment motions brought pursuant to section 97.002 of the Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Ann. Code § 97.002. This interlocutory appeal stays the commencement of a trial in the trial court pending resolution of the appeal. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b). Appellant Third Coast Services, LLC has filed a motion requesting that we stay trial

scheduled to begin today, November 10, 2022. The motion is granted.[1]

Accordingly, we order the trial court to enforce the statutory stay mandated by section 51.014(b) and stay trial until this appeal is finally disposed. Tex. R. App. P. 29.3 (temporary orders); *see* Tex. Civ. Prac. & Rem. Ann. Code § 51.014(b).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.

---

[1] The motion was filed by appellant Third Coast Services, LLC but we grant the stay to apply to the entire underlying proceeding.